**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2020-CA-1062

Kevin Naquin, Jr.

- - Versus - -

State Farm Mutual Automobile Insurance Company, Quan
Truong, and State of Louisiana through the Louisiana
Department of Transportation and Development

32nd Judicial District Court
Case #: 181056
Terrebonne Parish

Consolidated with the following:

2020 - CA - 1063
Quan Truong
versus
Terrebonne Parish and the Terrebonne Parish Consolidated Government

2020 - CA - 1064
Jillian Lopez-Truong
versus
State Farm Mutual Automobile Insurance Company, Quan Truong, and Terrebonne Parish and the
Terrebonne Parish Consolidated Government

2020 - CA - 1065
Jillian A. Lopez-Truong, Quan Truong, Troy Truong and Kevin Naquin
versus
Terrebonne Parish Consolidated Gov't., Et Ux

On Application for Rehearing filed 04/30/2021 by Quan Truong, et al

Rehearing _____ **DENY** _____

_____
Mitchell R. Theriot

_____
Elizabeth Wolfe

_____
Chris Hester

Date **MAY 1 2 2021**
_____

_____
Rodd Naquin, Clerk